UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CV 7829

JOHN A. OLSSON
239 W. 10TH St. 2B
NY NY 10014

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Wenner Media, LLC
1290 Ave. of the Americas
NY NY 10104

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes ☐ No
(check one)

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☑ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

☐ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010                                                        1

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _JOHN A. OLSSON_
Street Address _239 W. 10TH ST. 2B_
County, City _New York_
State & Zip Code _New York 10014_
Telephone Number _212-691-4780 or 917-282-9558_

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name _Wenner Media LLC_
Street Address _1290 Ave. of Americas_
County, City _New York_
State & Zip Code _New York 10104_
Telephone Number _212-484-1616_

C.  The address at which I sought employment or was employed by the defendant(s) is:

Employer _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.  **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

   √ Failure to hire me.
   √ Termination of my employment.
   __ Failure to promote me.
   __ Failure to accommodate my disability.
   √ Unequal terms and conditions of my employment.

    √    Retaliation.

    √    Other acts *(specify)*: Propagate slander, defamation

**Note:** Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: Oct. 28, 2009
       *Date(s)*

C. I believe that defendant(s) *(check one)*:

    √    is still committing these acts against me.

    ___    is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

    ☑ race  EurAsian    ☐ color _____

    ☑ gender/sex  Male    ☐ religion _____

    ☐ national origin _____

    ☐ age.  My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

    ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

See attached page

**Note:** As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

### III. Exhaustion of Federal Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: Nov, 2009 (Date).

E. The facts of my case are as follows:

I was hired by Wenner Media in February of 2009, as a digital imaging retoucher after taking a skill test, which I passed satisfactorily.

During my employment at Wenner, I was slandered by a former co-worker from TIME Inc. who, on the basis of race and sex, falsely maligned my reputation. She did not know the full story of what actually happened concerning an altercation between myself and a black co-worker in 1986, and based her slander and character assassination on false premises and hear say. This caused two of my managers, who were her friends and also former colleagues at TIME Inc., to create a hostile work environment towards me, trying to incite anger, and falsely criticizing my work without proper technical merit.

I ask the courts to redress this injustice, where no one should loose their right to employment, based on false hear say, double standards, and slander.

B. The Equal Employment Opportunity Commission *(check one)*:

____ has not issued a Notice of Right to Sue letter.

__✓__ issued a Notice of Right to Sue letter, which I received on _August 7TH 2011_ *(Date)*.

> *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C. Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

__✓__ 60 days or more have elapsed.

____ less than 60 days have elapsed.

## IV. Relief:

**WHEREFORE,** plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

___see attached page___

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _2_ day of _Nov._, 20_11_.

Signature of Plaintiff _[signature]_

Address _239 W. 10TH ST._
_2B_
_NY NY 10014_

Telephone Number _212-691-4780 or 917-282-9558_

Fax Number *(if you have one)* _____

Rev. 05/2010                                                              4

## Relief Sought

At the present, I request that the courts decide that amount.

From my understanding, the annual budget allocated per year for my position was $57,000 per year, where upon after completion and review after 12 months, a commitment to hire would be granted or rejected.

I was not fairly allowed to complete that term, and request the judge grants me the difference as a matter of principle and dignity.

I was subjected to mental anguish from the hostility, based on race and sex, by certain managers at Wenner, and my reputation wrongfully suffers from their slander, based on falsehood and hear say.

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: John A. Olsson<br>239 West 10th Street, # 2-B<br>New York, NY 10014 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2010-01020    →May 2011 #101   38192 | Holly M. Woodyard, Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)     _____     August 2, 2011
                      Kevin J. Berry,              *(Date Mailed)*
                      District Director

cc:     **WENNER MEDIA, LLC**
       **Attn: Director of Human Resources**
       **1290 Avenue of the Americas**
       **New York, NY 10104**

*Handwritten notes:*
Brill
718-714-8400

State Div of Human Rights
212-961-8650
Inv Glen Michtenhausen
212 961-8658