UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

```
                                          :
                                          :
                                          :
                                          :
         Plaintiff/Petitioner(s),         :     ORDER GRANTING IFP APPLICATION
                                          :
    -against-                             :     ____ Civ. _____ (   )
                                          :
                                          :
                                          :
                                          :
         Defendant/Respondent(s).         :
                                          :
```
------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: _____          │
└─────────────────────────────────┘
```

LORETTA A. PRESKA, Chief United States District Judge:

Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

SO ORDERED:

                                                    _____
                                                         LORETTA A. PRESKA
                                                      Chief United States District Judge

Dated:
    New York, New York