```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOHN A. OLSSON,                         :
                                        :
                Plaintiff,              :
                                        :    11 Civ. 7829 (DLC)
        -v-                             :
                                        :    SERVICE ORDER
WENNER MEDIA LLC,                       :
                                        :
                Defendant.              :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    ORDERED that the Clerk of Court shall issue a summons in this action.

    IT IS FURTHER ORDERED that the plaintiff shall serve the summons and complaint upon the defendant within 120 days of the issuance of the summons. If service has not been made within the 120 days, and the plaintiff fails to show good cause, in writing, why service has not been made, the complaint may be dismissed for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

    SO ORDERED:

Dated:    New York, New York
            November 15, 2011

                                        DENISE COTE
                              United States District Judge

COPIES MAILED TO:

John A. Olsson
239 W. 10th Street
2-B
New York, NY 10014