AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| John A. Olsson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-cv-7829 |
| Wenner Media LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Wenner Media LLC

Date:    01/04/2012

/s/
*Attorney's signature*

Lori D. Bauer   LB8098
*Printed name and bar number*

JACKSON LEWIS LLP
666 Third Avenue
New York, New York 10017

*Address*

BauerL@jacksonlewis.com
*E-mail address*

(212) 545-4025
*Telephone number*

(212) 972-3213
*FAX number*