UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN A. OLSSON,<br><br>                    Plaintiff,<br><br>- against -<br><br>WENNER MEDIA LLC,<br><br>                    Defendant. | Civil Action No.: 11-CV-7829 (DLC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Wenner Media LLC hereby represents that Wenner Media LLC is not publicly traded and has no parent corporation which is publicly traded.

                                                        Respectfully submitted,

                                                        JACKSON LEWIS LLP
                                                        666 Third Avenue
                                                        New York, New York 10017
                                                        (212) 545-4000

                                                        By: _/s/ Lori Bauer_
                                                             Lori D Bauer
                                                             Jason A. Zoldessy

                                                        ATTORNEYS FOR DEFENDANT

Dated: January 23, 2012
       New York, New York