UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. OLSSON,

                Plaintiff,

- against -

WENNER MEDIA LLC,

                Defendant.

Civil Action No.: 11-CV-7829 (DLC)

### AFFIDAVIT OF LORI D. BAUER, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

STATE OF NEW YORK    )
                             ) SS.:
COUNTY OF NEW YORK )

        Lori D. Bauer, an attorney in good standing, admitted to practice before the United States District Court for the Southern District of New York, deposes and says:

        1.     I am a Partner with the law firm of Jackson Lewis LLP, attorneys of record for Defendant Wenner Media LLC ("Defendant") in the above-captioned action. As such, I am familiar with the documents attached hereto.

        2.     This Affidavit is submitted in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

        3.     Attached as Exhibit "A" is a copy of Plaintiff's Verified Complaint filed with the New York State Division of Human Rights on or about November 17, 2009.

        4.     Attached as Exhibit "B" is a copy of the New York State Division of Human Rights Determination and Order After Investigation of No Probable Cause, which is dated May 17, 2011.

5. Attached as Exhibit "C" is a copy of the U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights, which is dated August 2, 2011.

6. Attached as Exhibit "D" is a copy of Plaintiff's Complaint filed with the Court on November 2, 2011.

7. Attached collectively as Exhibit "E" are copies of decisions cited in the Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint exclusively reported on computerized databases.

8. I have read the above-numbered paragraphs, and confirm the same are true and correct to the best of my knowledge and belief.

_____
Lori D. Bauer, Esq.

Sworn to and subscribed before me
this 23 day of January, 2012.

_____
Notary Public

Jason A. Zoldessy
Notary Public, State of New York
No. 02Z06150173
Qualified in New York County
Commission Expires July 24, 2014