UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. OLSSON,

                Plaintiff,

- against -

WENNER MEDIA LLC,

                Defendant.

Civil Action No.: 11-CV-7829 (DLC)

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2012, true and correct copies of Defendant's Rule 7.1 Statement, Notice of Motion to Dismiss Plaintiff's Complaint, Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint and the Affidavit of Lori D. Bauer, Esq. in Support of Defendant's Motion to Dismiss Plaintiff's Complaint were filed electronically and served on Plaintiff by placing such documents in a postage prepaid envelope and causing them to be sent via First Class U.S. Mail to the following address of record of Plaintiff:

239 West 10th Street  # 2-B
New York, NY 10014

By: _____
Jason A. Zoldessy, Esq.