UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

JOHN A. OLSSON,

                Plaintiff,

    -v-

WENNER MEDIA LLC,

               Defendant.
------------------------------------------X



11 Civ. 7829 (DLC)

ORDER

DENISE COTE, District Judge:

    On January 23, 2012, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Since plaintiff is proceeding pro se, however, plaintiff shall be given additional time to amend the complaint.  Accordingly, it is hereby

    ORDERED that plaintiff shall file any amended complaint by February 24, 2012.  If plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, the plaintiff should include those facts in the amended pleading.  Plaintiff will not have any further opportunity to amend the complaint to address issues raised by the January 23, 2012 motion to dismiss.

1

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall serve its opposition to defendant's motion to dismiss by February 24, 2012. Defendant's reply, if any, shall be served by March 9, 2012. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that either party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

SO ORDERED:

Dated:   New York, New York
         January 26, 2012

                                        _____
                                              DENISE COTE
                                        United States District Judge

COPIES MAILED TO:

John A. Olsson
239 W. 10th Street
2-B
New York, NY 10014

Lori Diane Bauer
Jackson Lewis LLP
666 Third Avenue
29th Floor
New York, NY 10017