UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. OLSSON

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/16/12

11 Civ. 7829 ( )( ) DLC

- against -

Wenner Media LLC
1290 Ave. of America
NY NY 10104

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

NOTICE OF MOTION

Request for extension of time - 2 weeks.

**PLEASE TAKE NOTICE** that upon the annexed affirmation of JOHN A. OLSSON
*(name)*
affirmed on Feb. 16th, 2012, and upon the exhibits attached thereto *(delete if no
(date)*
exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
*(circle one)*
Hon. Denise Cote, United States District/Magistrate Judge, for an order
*(Judge's name)*                                  *(circle one)*
pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want
the
Judge to order):* Grant an extension of time due to circumstances which would allow Pro Se Plaintiff to answer the Defendants request for dismissal properly.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: NY , NY        Signature _____
       *(city)*  *(state)*  Address 235 W. 10th St. #2B
Feb  16 , 20 12              NY NY 10014
*(month)* *(day)* *(year)*  Telephone Number 212-691-4780 or
                             Fax Number *(if you have one)* _____
                                              917-282-9558

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. OLSSON
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Wenner Media
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11 Civ. 7829 ( DLC )

AFFIRMATION IN
SUPPORT OF MOTION

Request for
extension of
time - 2 weeks.

I, JOHN A. OLSSON affirm under penalty of perjury that:
   *(name)*

1.  I, _____, am the plaintiff/defendant in the above entitled action,
         *(name)*                              *(circle one)*
and respectfully move this Court to issue an order Grant extension of time (2 weeks)
                                                    *(state what you want*
*the Judge to order)*

2.  The reason why I am entitled to the relief I seek is the following *(state all your reasons using additional paragraphs and sheets of paper as necessary)*: I have had to move several times due to financial circumstances. Along with getting freelance work, I have not been able to properly address the legal aspects of my response.

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Feb 16, 2012     Signature _____
       *(city)* NY  *(state)*     Address  239 W. 104 St. # 2B
       NY  NY, 20___              NY  NY  10014
       *(month) (day) (year)*    Telephone Number  917-282-9578
                                  Fax Number *(if you have one)* _____

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. OLSSON

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

11 Civ. 7829 (DLC)( )

- against -

Wenner Media

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, JOHN A. OLSSON, declare under penalty of perjury that I have served a copy of the attached Motion - Request for Extension of Time *(document you are serving)* upon Jackson Lewis *(name of person served)* whose address is 666 Third Ave. NY NY 10017 *(where you served document)* by U.S. Postal Service - Certificate of Mailing *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: NYC, NY
(town/city) (state)
Feb 16, 2012
(month) (day) (year)

Signature
Address: 239 W. 10th St. #2B
City, State: NY NY 10014
Zip Code
Telephone Number: 917-282-9558

**UNITED STATES POSTAL SERVICE • Certificate Of Mailing**

Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
Form may be used for domestic and international mail.

JOHN A. OLSSON
239 W. 10th St. #2B
NY NY 10014

Jackson Lewis LLP
666 Third Ave.
NY NY 10017

Form 3817, April 2007 PSN 7530-02-000-9065