```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
JOHN A. OLSSON,                           :
                                          :
                    Plaintiff,            :    11 Civ. 7829 (DLC)
                                          :
          -v-                             :    ORDER
                                          :
WENNER MEDIA LLC,                         :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/12

DENISE COTE, District Judge:

A January 26, 2012 Order set the briefing schedule for defendant's motion to dismiss the complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.  On February 16, 2012, plaintiff moved for an extension of time to oppose the motion.  It is hereby

ORDERED that plaintiff shall file an amended complaint or serve his opposition to defendant's motion to dismiss by March 9, 2012.  Defendant's reply, if any, shall be served by March 23, 2012.

SO ORDERED:

Dated:    New York, New York
          February 27, 2012

                                         _____
                                              DENISE COTE
                                         United States District Judge

1

COPIES MAILED TO:


John A. Olsson
239 W. 10th Street
2-B
New York, NY 10014